UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

CASE NO. 10-CR-20666

v.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

ARAMAIS MOLOIAN,

        Defendant.
_____/

**ORDER SETTING DATE CERTAIN FOR EXPERT DISCLOSURES: AUGUST 22, 2011**

    The Government filed the instant motion for a Date Certain for Expert Disclosures on July 22, 2011, including a letter to Defendant. Thereafter Defendant filed a Response including a letter, and the Government filed a Reply. Pursuant to Local Rule 7, the Court finds a hearing is not necessary.

    The Court sets August 22, 2011 as the Date Certain for both sides to provide expert disclosures pursuant to Federal Rules of Criminal Procedure 16(b)(1)(C), and 16(a)(1)(G).

    SO ORDERED.

DATED: 8-17-11

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE